# United States District Court
## Southern District of Georgia

GARRY D. MULLIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 318-012

ANTOINE G. CALDWELL; DR. COWEN; MS. GRANISON; and SAMANTHA MIRANDO,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 29, 2018 adopting the Report and Recommendation as the opinion of the Court, Plaintiff's objections are overruled, and this case is dismissed without prejudice as a sanction for Plaintiff's abuse of the judicial process. This action stands closed.

3/29/2018
Date



Scott L. Poff
Clerk

*Jamie Hodge*
(By) Deputy Clerk